IN RE:                                                  UNITED STATES BANKRUPTCY
                                                        COURT FOR THE SOUTHERN
DONNA MARIE BOWES                                       DISTRICT OF FLORIDA
AKA DONNA MARIE PETERS                                  WEST PALM BEACH DIVISION    MAR 2 7 2009
                                                        CASE NO: 09-12414-PGH

Debtor

## DEBTOR'S MOTION TO DISMISS MOVANT'S MOTION FOR RELIF FROM STAY

COMES NOW, Debtor Donna Marie Bowes shows the Court that the Movant Chase Bank USA, N.A. has filed a premature Motion asking the Court to grant relief from 10 day stay and that this Motion was filed with erroneous information and asks the court to DISMISS the Movant's Motion for Relief from Stay:

1. Debtor, Donna Bowes did NOT file a statement of intention prior to March 23, 2009. Therefore, Paragraph 8 **"Debtor(s) have evidenced their intention to surrender subject property in their statement of intention therefore, this case is not necessary to an effective reorganization"** is false. (Exhibit A attached) A copy of the Debtor's Statement of Intention has been attached for the Court's perusal to substantiate the fact stated in Paragraph 1. (Exhibit B)

2. The Meeting of Creditors was held on March 18, 2009. Debtor was in attendance and gave statements under oath to Trustee Michael R. Bakst. Statements reflect Debtor's intention to retain homestead property located at 1089 SW Janette Avenue, Port St. Lucie, FL and to make all necessary arrangements with Chase Bank USA, N.A. to reorganize the mortgage loan associated with subject property.

3. Debtor moves the Court to order future mortgage payments be calculated based on current financial capability and the current market value of subject property so as not to cause undue hardship and avail Debtor the relief sought under this Chapter 7 Bankruptcy filing. Financial data has been submitted to the Trustee and Chase Bank USA, N.A. – includes bank statements, tax returns and pay stubs.

4. Debtor moves the Court to extend the automatic stay for a period of 45 additional days to allow for the reaffirmation process to be completed between the Debtor and Chase Bank USA, N.A. (As outlined on FORM B9A issued by the United States Bankruptcy Court in

association with this Case, in the section titled **Creditors May Not Take Certain Actions:** "In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case".

5. Chase Bank USA, N.A. collections department has attempted to contact Debtor on several occasions by way of home and cellular telephone between February 12, 2009 (filing date of Chapter 7 Bankruptcy) up to an including March 16, 2009 during hours ranging from 8 am to 9 pm, 7 days per week. This action was in clear violation of the Bankruptcy Code as Chas Bank USA, N.V. was in receipt of notification of this bankruptcy filing and should have taken the proper steps to ensure adherence the rules.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by USPS mail to the Law Offices of Marshall C. Watson, 1800 NW 49th Street, Suite #120, Fort Lauderdale, Florida 33309 and via facsimile to 954-771-6052 this 24th day of March 2009.

Respectfully Submitted By,

Donna Bowes, *pro se*
1089 SW Janette Avenue
Port St. Lucie, FL
772-873-3214 (H)
772-240-0927

MAILING LIST FOR BANKRUPTCY CASE NO: 09-12414-PGH

Michael R. Bakst, Trustee
PMB-702, Suite 160
222 Lakeview Avenue
West Palm Beach, FL 33401

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

Law Offices of Marshall C. Watson
1800 NW 49th Street, Suite #120
Fort Lauderdale, FL 33309

5. Debtor owes pre-petition total debt of $228,528.67 and post petition total debt of $150.00 at the time of the filing of this motion. See Indebtedness Worksheet attached as Exhibit C.

6. Subject property has been valued at $162,700, according to the ST. LUCIE County online property appraiser's website, See Exhibit D attached.

7. The Trustee has not filed a report of No Distribution or abandoned the subject property.

8. Debtor(s) have evidenced their intention to surrender subject property in their statement of intention therefore, this case is not necessary to an effective reorganization

9. **CHASE BANK USA, N.A.**, requests, that ten (10) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that **CHASE BANK USA, N.A.**, can pursue its in rem remedies without further delay.

10. **CHASE BANK USA, N.A.**, seeks the award of bankruptcy fees and cost of $700.00 for the prosecution of this Motion.

11. Movant requests permission to offer the Debtor(s) information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/ loss mitigation Agreement, and may enter into such agreement with Debtor(s) without violating any Discharge Order. However, Movant may not enforce any personal liability against Debtor(s) if Debtor(s) personal liability is discharged in this bankruptcy case.

12. Movant requests that should the Debtor(s) convert this case to another chapter that relief awarded will survive any conversion made by the Debtor(s) and will not be allowed to include the creditor in the Chapter 13 plan.

13. Attached, as Exhibit "E" is a proposed order.

EXHIBIT "A"

08-53904

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida

In re BOWES, DONNA MARIE ,   Case No. 09-12414-PGH
          Debtor                                                                 Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** CHASE HOME LOANS | **Describe Property Securing Debt:** 1089 SW JANETTE AVENUE, PT. St.Lucie FL34953 |
| Property will be *(check one)*: ☐ Surrendered   ☑ Retained | |
| If retaining the property, I intend to *(check at least one)*: ☐ Redeem the property  ☑ Reaffirm the debt  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is *(check one)*: ☑ Claimed as exempt | ☐ Not claimed as exempt |

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** BB & T BANK | **Describe Property Securing Debt:** Automobile  PO BOX 1847 WILSON, NC27894 |
| Property will be *(check one)*: ☐ Surrendered   ☑ Retained | |
| If retaining the property, I intend to *(check at least one)*: ☐ Redeem the property  ☑ Reaffirm the debt  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is *(check one)*: ☑ Claimed as exempt | ☐ Not claimed as exempt |

EXHIBIT "B"

B 8 (Official Form 8) (12/08)  Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES     ❏ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES     ❏ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES     ❏ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 3 23. 09

_____
Signature of Debtor

_____
Signature of Joint Debtor

EXHIBIT "B"