| | |
|---|---|
| CHASE BANK USA, NATIONAL ASSOCIATION,<br>Plaintiff,<br>vs.<br>DONNA M. BOWES, et al,<br>Defendants | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>ST. LUCIE COUNTY, FLORIDA<br>CASE NO: 09-12414-BKC-PGH |

## **DEFENDANTS' REQUEST FOR SATISFACTION OF LIEN**

COMES NOW, Defendant Donna M. Bowes asserts that all outstanding balances associated with the Plaintiff regarding the property located at 1089 SW Janette Avenue, Port St. Lucie, FL 34953 have been discharged since July 27, 2009 as a result of Chapter 7 Bankruptcy filed in this Court. Plaintiff, Chase Bank USA, National Association has continued to ask for payment of a balance that is currently $0. Whereas Chase Bank USA does not have perfected security interest in said property and the debt has been discharged, Defendant Donna Bowes respectfully moves the Court to seek cooperation from Chase Bank USA in issuing a Satisfaction Lien and discontinue all communication effective immediately in respect to the above named property. The only communication that should be forthcoming in this regard should be the Satisfaction of Lien issued by the Plaintiff to the Defendant.

Plaintiff's legal representative, Law Office of Marshall C. Watson has been notified prior about all the details of this matter that was before the Court. To date, Defendant has continued to receive telephone calls and mail correspondence regarding mortgage payments. In March 2010, Defendant requested that Plaintiff discontinue this type of communication – to no avail.

Attached are the following:

1. Copy of document filed in St. Lucie County Civil Court and sent to Plaintiff's attorneys outlining confirmation that **Plaintiff does not have perfected security interest in above referenced property.** Therefore, has no further legal recourse to collect monies previously owed or to enforce foreclosure as of the effective date of the Chapter 7 Bankruptcy discharge. *(Exhibit 1)*

2. Copy of document addressed to Plaintiff from its legal representative outlining fact that Plaintiff does not have perfected security interest in subject property. *(Exhibit 2)*

3. Copies of communication from Plaintiff addressed to Defendant after July 27, 2009 regarding collection of outstanding balances that were already discharged. *(Exhibit 3)*

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

MAY 27 2010

FILED __MZ__ RECEIVED____

As Plaintiff does not have perfected security interest in subject property and the debt has been discharged through Chapter 7 Bankruptcy, Defendant prays that the Court orders Plaintiff to issue this Satisfaction of Lien for property 1089 SW Janette Avenue, Port St. Lucie, FL 34953.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by USPS mail to the Law Offices of Marshall C. Watson, 1800 NW 49th Street, Suite #120, Fort Lauderdale, Florida 33309 on this 24th day of May 2010.


Respectfully Submitted,

*[signature]*

Donna Bowes, *pro se*
1089 SW Janette Avenue
Port St. Lucie, FL 34953
772-240-0927

| | |
|---|---|
| CHASE BANK USA, NATIONAL ASSOCIATION, Plaintiff, vs. DONNA M. BOWES, et al, Defendants | IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT, IN AND FOR ST. LUCIE COUNTY, FLORIDA CIVIL DIVISION CASE NO: 562008-CA-009473 |

## DEFENDANTS' RESPONSE AND MOTION TO DISMISS PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and MOTION FOR DEFAULT

COMES NOW, Defendants Donna M. Bowes, et al respectfully file a response to Plaintiff's Motion for Summary Final Judgment of Foreclosure AND Motion for Default. Defendants have submitted timely responses to ALL correspondence pertaining to this matter that have been received from the office of Marshall C. Watson on behalf of Chase Bank USA, therefore a Motion for Default should be DISMISSED. Additionally, Plaintiff's Motion for Summary Judgment should be DISMISSED for the following reasons:

a) Defendant Donna Bowes has filed Chapter 7 Bankruptcy and has received a final discharge of ALL DEBTS effective July 27, 2009 (Exhibit A)

b) Plaintiff Chase Bank USA does not have perfected security interest in subject property and therefore should not be pursuing any further legal action pertaining to Defendants and subject property. Evidenced by a memorandum dated 10/27/08 from the office of Marshall C Watson to Chase Bank USA outlining "The title work conducted thus far indicates that due to an error with the legal description at origination, ADVANTA/CHASE MORTGAGE COMPANY, does not have a perfected security interest in the subject property….. It is therefore strongly recommended, in order to correct the title defect absent a final judgment, ADVANTA CHASE MORTGAGE COMPANY require the execution of a loan modification as a condition precedent to accepting reinstatement on the above-referenced loan. Failure to do so will leave the title defect unaddressed…" (Exhibit B)

c) Defendants have submitted documentation requested by the office of Marshall C. Watson on behalf of Chase Bank and directly by Chase Bank in order to secure a loan modification or other mortgage assistance remedies in order to remedy the difficult situation and retain our homestead property. We have submitted hardship letters, bank statements, paystubs, and lists of household expenses – everything requested by the Plaintiff on several occasions to several different office locations. Defendants have spent countless hours on the telephone following up on the status of the documents submitted, but have constantly been transferred to various locations with no resolution. To date, we have not received any response to any of our submissions.

d) According to detailed information surrounding Chapter 7 Bankruptcy, a creditor of unsecured debts does not have legal recourse after the Bankruptcy Court has discharged the debtors financial obligation: "The most obvious examples of perfected interests are (a) home mortgages recorded in the Official Records of the county in which the home is located and (b) the actual appearance of a lien holder's name on your car title. **If the creditor fails to properly record the security interest, it is not perfected, and the debt is <u>unsecured</u>.**"

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by USPS mail to the Law Offices of Marshall C. Watson, 1800 NW 49th Street, Suite #120, Fort Lauderdale, Florida 33309 on this 4th day of January 2010.

Respectfully Submitted By,

_____
Donna Bowes, *pro se*
1089 SW Janette Avenue
Port St. Lucie, FL 34953
772-873-3214 (H)
772-240-0927 (C)





March 15, 2010

Chase Home Finance
PO Box 9001871
Louisville, KY 40290-1871

Dear Sir/Madam:

**Re: Loan Number 0000023067275 – Discontinue Escrow**

This letter is to inform you that I no longer have a mortgage with Chase Home Finance (discharged debt), therefore it is imperative that you discontinue sending any documentation on this matter to me. You and your legal representative were notified of this fact in July of 2009. As you are aware, the Fair Debt Collection Practices Act (FDCPA) prohibits this type of activity after a debt has been dissolved. In order to resolve this issue, I have made several attempts to contact a representative from your company via telephone at 1-800-229-8426 – to no avail.

More importantly, please DISCONTINUE ESCROW collection/payments. Please do not submit any further Property Tax Payments on my behalf to the St. Lucie County Property Appraiser. **I have contacted the Property Appraiser's Office and will make other arrangements for future payments.**

Sincerely,

*[signature]*

Donna Bowes


Cc:     Attn: Mike McKinney/Outsourcing
        1 First American Way
        Westlake, TX 76262

        St. Lucie County Property Appraiser
        2300 Virginia Ave
        Fort Pierce, FL 34982

Chase Home Finance LLC (OH4-7302)
3415 Vision Drive
Columbus, OH 43219-6009
(800) 548-7912 Customer Care
(800) 582-0542 TDD / Text Telephone



March 30, 2010

01309-01 IF1A 089-000000000000
Donna M. Bowes
1089 SW Janette Avenue
Port Saint Luci, FL 34953



Re:  Loan Number ******7275

**Negative Escrow Balance**

Dear Donna M. Bowes:

I am writing in response to the inquiry Chase received about your escrow account.

You must pay the negative $14,730.94 before Chase is able to waive your escrow account. After paying off the negative escrow balance we will complete your waiver request.

Please continue making your regular mortgage payment amount of $47,655.29 until you receive written confirmation of the waiver approval. Failure to do so may create a shortage in your escrow account.

Chase's goal is to provide the highest level of quality service to each of our customers. If you have any questions, please contact Customer Care at (800) 548-7912.

We appreciate your business and value our relationship with you.

Sincerely,

Allan C. Resurreccion
Customer Care Professional
Customer Care

Chase Home Finance LLC  (OH4-7302)
3415 Vision Drive
Columbus, OH 43219-6009
(800) 548-7912 Customer Care
(800) 582-0542 TDD / Text Telephone

**CHASE**

April 23, 2010



00957-01 IF1A 115-000000000000
Donna M. Bowes
1089 SW Janette Avenue
Port Saint Luci, FL 34953

Re: Loan Number ******7275

**Your Inquiry is Under Review**

Dear Donna M. Bowes:

I am writing in response to a recent inquiry about your loan.

We are investigating the correspondence we received for your loan, and will provide you with a response in a timely manner.

Chase's goal is to provide the highest level of quality service to each of our customers. If you have any questions, please contact Customer Care at (800) 548-7912.

We appreciate your business and value you as our customer.

Sincerely,

*Larry Thode*

Larry Thode
Vice President
Customer Care

Chase Home Finance LLC (OH4-7302)
3415 Vision Drive
Columbus, OH 43219-6009
(800) 548-7912 Customer Care
(800) 582-0542 TDD / Text Telephone



April 23, 2010



00247-01 IF1A 116-000000000000
Donna M. Bowes
1089 SW Janette Avenue
Port Saint Luci, FL 34953

Re:  Loan Number ******7275

**Confirmation of Your Inquiry**

Dear Donna M. Bowes:

I am writing in response to the inquiry Chase recently received.

You must pay the negative ($14,730.94) before Chase is able to waive your escrow account. After paying off the negative escrow balance we will complete your waiver request.

Please continue making your regular mortgage payment amount of $2,135.89 until you receive written confirmation of the waiver approval. Failure to do so may create a shortage in your escrow account.

Chase's goal is to provide the highest level of quality service to each of our customers.  If you have any questions, please contact Customer Care at (800) 548-7912.

Sincerely,

*Sheila Balsamo*

Sheila B. Balsamo
Research Specialist
Customer Request Management



CHASE FULFILLMENT CENTER
PO BOX 469030
GLENDALE, CO 80246-9030

MAY 20, 2010

DONNA M BOWES  
1089 SW JANETTE AVE  
PORT SAINT LUCI, FLORIDA 34953

Response To Your Request For A Loan Modification  
Account Number: 23067275  
Property Address: 1089 SW JANETTE AVE  
PORT SAINT, FLORIDA 34953

Dear DONNA M BOWES:

**Thank you for your recent request for a mortgage modification through the Making Home Affordable (MHA) Program.** At Chase, we will do everything we can to make your mortgage payment affordable and help you keep your home.

The first thing we need to do is see if you qualify for an MHA modification. Here's what you need to do now:

- Read the instructions.
- Sign and complete the documents enclosed.
- Gather ALL the information listed.
- **Return EVERYTHING required in the FedEx Envelope provided** – before **JUNE 04, 2010**. For faster service, you can FAX your information using the Fax Cover Sheet found at the back of this package.

Please don't delay; the longer you wait the fewer options you have. Take the time to read all the enclosures carefully – and **complete ALL the steps outlined in the Instructions and provide ALL the documents indicated on the Required Documents list.**

We will send you a letter confirming that we have received your information within 10 days of receipt. If you qualify, we will set up a Trial Period Plan with lower monthly payments -- and work with you to modify your mortgage loan permanently. We will also see if you might qualify for other special assistance programs that we can offer, such as a refinance, even if you don't qualify for a modification. Don't hesitate to contact us at the number provided below if you have any questions. At Chase, we value you as a customer and want to help you keep your home.

Sincerely,

Homeowner's Assistance Department  
(866) 550-5705  
(800) 582-0542 TDD / Text Telephone

8578A 040110  
Page 1 of 4



An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance." Chase offers loan modification assistance free of charge (i.e., no modification fee required). Please call us immediately at (866) 550-5705 to discuss your options. The longer you delay, the fewer options you may have.

Chase is attempting to collect a debt, and any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.

**FOR CALIFORNIA CUSTOMERS ONLY:**

- For California customers, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at (877) FTC-HELP or www.ftc.gov.

8578A 040110
Page 2 of 4

3 + 2 1 + 2 3 0 6 7 2 7 5 + 1 + 8 3 (